AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

SEALED

for the

Eastern District of California

FILED
Jun 15, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.
Roy Richard TRUITT III, AND
Amber Louise LOWE,

*Defendant(s)*

Case No. 1:23-mj-00067 SAB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Aug 28, 2018 to Aug 11, 2020 in the county of Kern in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 2252(a)(2) | Receipt/Distribution of Material Containing the Visual Depiction of a Minor Engaging in Sexually Explicit Activity (Both Defendants) |
| 18 USC 2252(a)(4)(B) | Possession of Material Containing the Visual Depiction of a Minor Engaging in Sexually Explicit Activity (Truitt ONLY) |
| 18 USC 2251(a) | Production of Material Containing a Minor Engaging in Sexually Explicit Activity (Both Defendants) |

This criminal complaint is based on these facts:

See attached affidavit, attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Veronica Pike, Special Agent
*Printed name and title*

Sworn to me in accorance with Fed.R.Crim.P. 4.1 via email and cellular telephone.

Date: **Jun 15, 2023**

*Judge's signature*

City and state: Fresno, California

Hon. Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*

PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROY RICHARD TRUITT, AND AMBER LOUISE LOWE,<br>Defendants. | CASE NO.<br>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT<br>**UNDER SEAL** |

I, Veronica Pike, Special Agent, being first duly sworn, hereby depose and state as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Criminal Investigator with the United States Department of Homeland Security, Homeland Security Investigations (HSI), presently assigned to the Office of the Resident Agent in Charge, Bakersfield, California (HSI/Bakersfield). I have been employed as an HSI Special Agent for sixteen years. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation, and as part of my duties have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. I am a graduate of the

Federal Law Enforcement Training Center's Criminal Investigator Training Program and the United States ICE Special Agent Training Program, where I received extensive training in the investigation of child pornography. I have also received advanced trainings offered by the Internet Crimes Against Children (ICAC) task force on the subject of child exploitation investigations. I have also been an instructor on the investigation of online child exploitation cases at the International Law Enforcement Academy (ILEA), San Salvador, as well as in California state POST-qualifying advanced training curriculums. During the course of my duties, I have been the investigating officer and Affiant in dozens of child pornography investigations. Prior to becoming an HSI Special Agent, I was a graduate from the University of California, Berkeley with a major in Legal Studies and a minor in Spanish Language.

2. This affidavit is made in support of issuance of a criminal complaint for **Roy Richard TRUITT** and **Amber Louise LOWE**, of Tehachapi, California for violating 18 U.S.C. § 2252(a)(2), which makes it a crime for any person to receive or distribute any visual depiction of a minor engaged in sexually explicit conduct if the image traveled in interstate or foreign commerce, or was received or distributed by any means or facility of interstate or foreign commerce, as well as 18 U.S.C. Sections 2252(a)(4)(B) and 2251(a), which make it a crime to possess and produce said content, respectively.

3. The information contained in this affidavit is based upon my personal knowledge of the investigation, my training and experience, and, where noted, information related to me by other law enforcement officers and/or agents. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, not all results of this investigation have been included herein.

## II. PROBABLE CAUSE

4. In March of 2020, HSI/Bakersfield was notified by the Central Valley ICAC task force regarding two Cybertips that appeared to indicate the illegal possession and/or distribution of child pornography by a potential sex offender.

a. Cybertip #65008791: Facebook reported that, on February 26, 2020 at 07:07:44 UTC, a Facebook profile in the name of "Rich Truitt" with date of birth 08/08/1982 with screen name "rich.truitt.98" and an associated mobile phone number of 661-333-9181, uploaded 2 files of

suspected child pornography to Facebook's servers. These files appear to have been sent to another profile in the name of "Randall Stewart" with date of birth 08/12/1984 and screen name "randall.stewart.79". The IP address used to log in to the "Rich Truitt" Facebook account on February 24, 2020 at 14:17:42 UTC was provided as "2603:9008:1005:4e00:1dd2:5b3:fc31:7517."

i. An example of the content uploaded during this session is a file titled “6eq5brxukaskcgo410000000_127130345391304_9004523034849050624_n.mp4”. This file was viewed by your affiant and was found to be a video file, approximately three minutes and eighteen seconds in length. In it, a female, approximately 9 to 10 years of age removes her clothing and poses nude in front of a camera. She then sits down and spreads her legs, exposing her genitals to the camera. At this point, she begins to masturbate herself and inserts the handle of a plastic hair brush into her vagina.

b. Cybertip #64978108: Yahoo! Inc reported that an individual using the user name "Harley Quinn" with email address "h.quinn56@yahoo.com" and an associated phone number of 661-333-9181 uploaded 22 files of suspected child pornography to Yahoo's servers. These files were uploaded during a period of time spanning February 14, 2020 at 19:30:05 UTC and February 26, 2020 at 08:45:53 UTC. An upload IP address was provided as 166.176.58.203 on February 26, 2020 at 07:19 UTC.

i. Included in these twenty-two files is the same video listed above, as well as other videos featuring the same female, engaging in similar acts of displaying nudity and engaging in lascivious and sexual acts. The files transmitted primarily featured nude young females, between the ages of eight and eleven, engaging in poses that displayed their exposed genitals to the camera and/or inserting objects into their vaginas.

5. Further research into historical Cybertips yielded two additional, older Cybertips:

a. Cybertip #51996346: Yahoo! Inc reported that on July 08, 2019 at 16:10:51 UTC, a Yahoo user with screen name "R.Truitt" and email address "r.truitt3@yahoo.com" and an associated phone number of 661-333-9181 uploaded 4 files of suspected child pornography to

Yahoo's servers. An additional email was provided as "roy.truittiii8882@bakersfieldcollege.edu". (An additional Cybertip was provided by Yahoo! which solely provided additional supplemental information regarding basic background checks: #52184145.)

b. Cybertip #29925126: Facebook reported that an individual using screen name "Rich Truitt" with a date of birth of August 08, 1982 and email address "alkalineandcrimson@yahoo.com" uploaded 2 files of suspected child pornography. The user sent these files to another Facebook user in the name of Terry Cullum with a date of birth of November 17, 1958 and phone number 661-302-1638. The IP address used by "Rich Truitt" to login to the suspect Facebook profile on September 12, 2017 at 08:32:27 UTC was 107.146.233.208.

6. Initial background checks in law enforcement indices identified an individual named Roy Richard TRUITT III with a date of birth of 08/08/1982 and CADL: B9232259. The address listed on his driver's license was listed as 625 Sun Rose Ave., Bakersfield, CA. Criminal history checks with this information yielded FBI# 12555AE7. A review of his criminal history revealed that, in December of 2014, TRUITT was convicted of CA PC 647.6 (Annoy/Molest of a Child), CA PC 288(A) (Lewd/Lascivious Acts with a Child), and CA PC 288.2(A) (Harmful Matter Sent with Intent to Seduce a Child). For these charges, he was sentenced to one year in jail and five years of probation. Contact made with California Parole confirmed that TRUITT, while no longer on probation, is still a registered sex offender. According to the sex offender registration database, his listed address is 625 Sun Rose Ave, Bakersfield, CA as of at least August of 2017 up to that date. According to his registration profile, his contact cell phone is confirmed as 661-333-9181.

7. On April 9, 2020, your affiant served a summons on internet service provider (ISP) Charter Communications for subscriber information in regards to IP address 2603:9008:1005:4e00:1dd2:5b3:fc31:7517 on the date/time of the suspect log-in. On April 14, 2020, a response was received from Charter Communications. The response confirmed that the suspect accounts were accessed from an internet account in the name of Amanda PENKO at 625 Sun Rose Ave.,

Bakersfield, CA. Surveillance initially indicated that TRUITT lived at 625 Sun Rose Ave; however, in June of 2020, Your affiant was informed by CDCR-Parole that TRUITT had updated his sex offender registration to 3000 Caliente Street, Bakersfield, CA. Surveillance confirmed that TRUITT was now living at this address and, on July 31, 2020, a federal search warrant (5:20-sw-00078-JLT)was sought and approved in the Eastern District of California for the residence of 3000 Caliente Street, Bakersfield, CA. This search warrant was for the seizure of digital devices within the residence, and forensic examination thereof, specifically for evidence in relation to violations of 18 USC 2252.

8. On August 11, 2020, at approximately 1530 hours, HSI/Bakersfield, with assistance from Bakersfield Police Dept. and CDCR-Parole, executed the search warrant at 3000 Caliente Street, Bakersfield, CA. During the warrant, it was discovered that Roy TRUITT was present at the residence. His roommates were identified as a Nicholas MANCUSO, who was also present at the time of the warrant, and Randall STEWART (DOB: 08/12/1984; CADL: D3851369), who wasn't. During the warrant, digital devices belonging to TRUITT and STEWART were seized, to include: two thumb drives, two laptops, two tablets, and one cellphone. MANCUSO's tablet and iPhone were examined on-site, but no explicit images were found on either of these devices, and the devices were fairly "clean" of applications, media storage, or signs of general use. MANCUSO's devices were left on scene.

9. During the warrant, Your affiant and CDCR Officer Priest interviewed Roy TRUITT at the residence, after advising TRUITT of his Miranda warnings, which he waived both orally and in writing. This interview was recorded. During interview, TRUITT confirmed that he had previously lived at the 625 Sun Rose Ave address, but had recently moved in with STEWART and MANCUSO to the 3000 Caliente Street address. TRUITT identified the cellphone and tablet in the living room as his, as well as a laptop situated on a fireplace in the living room. He also identified his room in the house and STEWART's as being the room next to his. Your affiant disclosed that the search warrant was in regard to the possession and distribution of child pornography. Your affiant then asked him what email addresses he used, and he provided: "roy.truittiii8882@bakersfieldcollege.edu", "r.truitt3@yahoo.com", and "r.truitt8882@gmail.com". Your affiant asked if he was familiar with the email addresses: "h.quinn56@yahoo.com" and "alkalineandcrimson@yahoo.com", and he stated that he was not. Your

affiant asked TRUITT to provide the passcode to his cellphone, and he initially said yes, but then said he didn't want to talk anymore. Your affiant said that was fine, but then TRUITT continued talking. Your affiant explained that, if he wanted to talk further, he would need to verbally agree to continue talking. He agreed to continue speaking with Your affiant, but was quiet and tense for a long time. Your affiant said that she wanted to make sure that this wasn't a misunderstanding, and he responded: "No, there is no misunderstanding" and "I'm gonna get killed in jail." He claimed he didn't want to provide the passcode because "that email" would be on the phone. When Your affiant asked what email he was talking about, he indicated the "alkalineandcrimson@yahoo.com" email. He also stated: “Nothing I say is gonna be good for me” and “You should just link me up right now.” Your affiant informed him that he was not under arrest at that time.

10. TRUITT did provide the passcode for his cellphone and tablet and stated that his laptop didn't have a passcode. While entering in the passcode and placing his phone into "Airplane" mode, Your affiant observed that one of the email addresses logged into from the phone was "alkalineandcrimson@yahoo.com". When Your affiant asked how long he had been looking at child pornography and how often he looked up child pornography, he said he wouldn't answer those questions. When asked if he had any child pornography that was produced by himself of children he had contact with, he said that he didn't have access to children and hadn't made any child pornography. When asked if he had ever sent any child pornography to Randall STEWART, he denied ever having done so, but then said he didn't know if law enforcement would find any child pornography on STEWART's devices. TRUITT repeated that "I know I'm going to jail today." Your affiant assured him that he wasn't going to jail at this time, and he agreed to be cooperative and turn himself in when arrest was imminent.

11. Subsequent to the warrant, the seized devices were provided to HSI CFA Reneau for forensic examination. During the examination, CFA Reneau identified the presence of child sexual abuse material (CSAM) on two of the seized items: Line Item 003—an Apple iPad found in the living room and Line Item 006—a Lenovo Laptop, also found in the living room. The Apple iPad was found to have 5,444 files of CSAM, 2,639 of them unique, (i.e. not duplicates). The Lenovo laptop was found

to have 166 files of CSAM, 147 of them unique. The iPad was found to have been named "Roy's iPad" by the user. Additionally, several personal pictures of TRUITT were found on the iPad, as well as a picture of a Chase bank card in TRUITT's name. A screen capture of TRUITT's sex offender registration with address of 625 Sun Rose Ave was also recovered from the iPad. The Facebook ID logged into from the iPad was found to be "rich.truitt.98", which was the same Facebook ID identified in Cybertip #65008791. Within these Facebook chat records, CFA Reneau identified the distribution of at least two files of CSAM to a Facebook account in the name of "Randall Stewart": one on February 23, 2020 at 01:13 AM and another on February 25, 2020 at 11:07 PM. A few moments later on February 25, 2020, TRUITT sends a message to "Stewart" saying: "My Facebook got disabled. Fuck." TRUITT continues, saying: "Oh fuck man…I'm so fucked." CFA Reneau also identified the historical usage of email addresses "h.quinn56@yahoo.com", "r.truitt3@yahoo.com", and "alkalineandcrimson@yahoo.com" on the iPad in various applications and Apple iOS operation files

12. TRUITT also sent other files and links to the "Randall Stewart" Facebook account. On January 19, 2019, at 3:18 PM, TRUITT sent "Stewart" an image file (IMG_5361.PNG.jpeg) with the caption "from Amber Lowe—her daughter". Additionally, TRUITT sent links to several MegaUpload folders. MegaUpload is a New Zealand based cloud storage service, which is commonly, though not exclusively, used for the distribution of CSAM files. A user uploads files to their accounts and merely has to provide the link to the file/folder to whomever they wish to share with. Whoever has the link can click on it to view the files. On February 8, 2020, several more files and MegaUpload links were shared with the "Randall Stewart" account. CFA Reneau also identified several MMS text messages sent to a contact saved as "Randall Stewart" with phone number 661-407-6367. Between January 17, 2019 and February 25, 2020, TRUITT sent many files of what appear to be CSAM and bestiality to that number.

13. On the Lenovo laptop, CFA Reneau found the aforementioned files of CSAM, as well as five MobileSync backups of cell phones, named either "Truitt's iPhone" or "Roy's iPhone." The phone numbers associated with these backups are either 918-779-9597 or 661-333-9181.

14. During the review of the iPad, CFA Reneau observed the above mention of "Amber Lowe—her daughter" in relation to an image being sent, as well as various saved iMessage

conversations with LOWE. Extraction reports of these conversations were provided to your affiant in May of 2023, which I reviewed. On the tablet were several iMessage conversations (stored under the "r.truitt3@yahoo.com" email address) with three telephone numbers: 661-440-9900, 661-232-9213, and 661-579-7714.

15. In the conversation stored under phone number 661-232-9213, a number found to be associated with Amber Louise LOWE, and saved in TRUITT's contacts under the name "Lowe", the following messages were observed by your affiant:

a. On August 26, 2018, LOWE texts TRUITT and says: "This is Amber...my phone isn't working this is my temp number." TRUITT responds: "Amber who?? Lowe?" She responds: "Yes."

b. On August 28, 2018, TRUITT and LOWE have an argument due to LOWE not texting TRUITT back. She explains that she is practically homeless and living in her car and can only text over Wifi. TRUITT asks: "Since when are you homeless? When is your supposed apartment going to be done?" She tells him that she moves in "on Friday." She then sends him a picture of the first page of a Rental Agreement. Under "Tenant's Name", it is listed "Amber Lowe" and under "Tenants Contact Number" it says "Amber 661-232-9213." The address in question is listed as "329 F Street Bakersfield CA."

c. Also on August 28, 2018, LOWE and TRUITT discuss her collection of explicit photographs and videos of herself, claiming she has "More than a thousand pics." He responds: "That's fine. I wanna see what you got. Any of her?" She responds: "Let me see." She later sends him a text with a code in it and says that it is a code to be able to access her album of pictures, but that it's not working. She asks for his email, which he gives as "r.truitt3@yahoo.com". She says she has emailed him one of her albums, but he says that he never received any emails from her. She checks in with him to see if he ever got the email and he says that he did not. She then proceeds, beginning at 9:30 PM, to send TRUITT several sexually explicit photographs. One of them is an extreme close-up of the vagina of what appears to be a juvenile female, approximately 6 to 8 years of age with her dress lifted up to her hips. The red and white polkadotted fabric of the dress

is visible. Also visible is what appears to be an adult female hand resting a thumb on the vagina. The hand has a half-gone nail polish on it. Several such photographs are sent to TRUITT, with TRUITT saying: "I haven't seen those. Or that one." He also says: "Now be honest. Who else has seen pics of her?" She responds: "No one" with an attachment of the picture of a juvenile female in the red/white polkadotted dress lifted up. No face is visible, but the vagina is clearly visible, as is the butterfly on the top of the dress. LOWE then says: "And that's the truth you're the only one I would tell." She then sends him another picture that appears to be of an age-difficult vagina, but with what appears to be a child's hand being held near it. There is no manicure visible on the child's hand. TRUITT responds: "You two have the prettiest pussies I've ever seen." She continues to send him more pictures, one of which is an extreme close up of what appears to be a juvenile's vagina (approximately 6 to 8 years of age). Three hands can be seen: two appear to be of a child, holding open her vulva, and the thumb of a third, more adult-looking hand, is also holding open the vulva. TRUITT responds: "She's got a fat little pussy. I love it." [Hereinafter, this juvenile female will be referred to as “JF”.]

d. On October 6, 2018, LOWE texts TRUITT saying that she is pregnant and that he needs to help her pay for an abortion. He denies the child is his, and LOWE states that her due date is June 2nd. TRUITT responds: "Have fun with that. I'll be long gone by June. Good luck keeping in touch." LOWE responds: "[You're] a horrible person. What goes around comes around remember that...and [you're] right you will be gone by June...for a long time." TRUITT responds: "Lolol. And now you threaten me? Good for you. Glad I have that text for evidence." She responds: "I don't make threats...and the cops? I don't think they will have much sympathy..." TRUITT responds: "Sympathy for what? Leaving a girl who assumes a baby is mine. Lol. Good call. And if you think you can get me on anything else, you're just as in trouble as I am. I have all of the photos you sent me in text messages. All of them. You won't be looking too great and will be in prison for a looooooong time. So go ahead, make threats to me some more."

e. They continue to argue about LOWE's pregnancy for several more days and on October 14, 2018, TRUITT tells LOWE: "Unless you're sending me pics of your pussy or her pussy, I don't

want to hear it." She responds: "I have something way better than pics. But whatever..." TRUITT responds: "Oh yeah? Prove it?" He says he believes her about the abortion, "But the thing better than pics, I doubt it....But so you know, Randall stayed the night last night and I was gonna suck him off to her pics. I'm jerking off now. Explain, what's better than pics?" She responds: "I didn't know that...Wow...You really should of been nice....Better than pics? Having a hand not quite big enough to grip around to hold your dick before you put it in her." TRUITT responds: "Put it in who??? You gonna let me fuck her?" Later, LOWE says: "I told you things straight out and you didn't want to believe it then. Well I stuck see what our plans were supposed to be this weekend and let me tell you she was much more open to things than I would have ever thought but you were being mean to me all day yesterday so whatever." Later, she says: "Remember two weeks ago we decided we were going to get her drunk and see what happened?" TRUITT responds: "I didn't realize we planned to. Did you do it?" LOWE responds: "Yes...Like I said she is open to more than I ever thought and I didn't even push it that hard." Later, LOWE says to TRUITT: "I am about to cum thinking about first penetrating her, and her crying and then begging you to keep fucking her until you cum deep inside her."

f. On October 24, 2018, TRUITT asks LOWE to come over to a spot by his house to have sex. LOWE responds: "I'm just worried she will wake up or something might happen..." TRUITT responds: " :( I wish I could see her pussy too. I want to fuck that bald pussy." He then sends LOWE a Dropbox link. When she doesn't respond to it, he asks if she received the link. He says: "Remember the mom stuffing her daughters panties? That's her and her daughter....I'm surprised I was able to unearth the entire video." LOWE responds: "I know...you couldn't of found it on google....Did you go into the DDW?" Later, she sends him a selfie-style photograph of herself in a mirror, as well as another of her lying on the bed.

16. In a conversation associated with phone number 661-440-9900, a phone number also associated with Amber LOWE, and saved in TRUITT's contacts as "Amber Lowe", your affiant observed the following messages:

a. On September 1, 2018, LOWE tells TRUITT that her phone is back on, and that she has moved into her new place. He tells her he is at a friend's house on Belle Terrace Ave, and she says she's not far from him. He asks where, and she sends him a Google Maps link, pinpointing 325 F Street, Bakersfield, CA. [NOTE: 325 F Street is directly next door to 329 F Street.]

b. In the early morning hours of September 2, 2018, LOWE and TRUITT sext each other describing a fantasy of "[TRUITT] coming into my room one night and I she's laying next to me". She then describes wanting him to finger "her" while simultaneously penetrating LOWE, and that then she would perform oral sex on "her" while TRUITT has sex with LOWE and puts his fingers down "her" throat until she gags. TRUITT responds: "I want you to send a pic of her pussy to someone. I'll make that little slut puke." LOWE responds: "We all come and when we do you you grab her by her head and put her face down next to my pussy as you come on her face and my pussy and then she [licks] it off." TRUITT then sends LOWE phone number 559-536-1466. He asks her: "Show me which you're sending first." She then sends TRUITT one of the pictures of the juvenile in the red-white polkadotted dress with her vagina displayed. TRUITT says to go ahead and send it to "him." LOWE asks who that is. TRUITT responds: "Some dirty perv I know. I wish I had a way to talk to her. I want to get her to trust me. I want modeling style nudes with you and her." LOWE responds: "I know...I want her to want to let you you do may dirty things to her." TRUITT says: "I just want a way to talk to her...Without you know who seeing it." LOWE responds: "He doesn't check her phone." LOWE continues to text fantasies to TRUITT about having sex with him while "she" is on top of LOWE and getting "her" to orgasm. TRUITT says he wants to text "her." LOWE responds: "What would you tell her to do the first time you were alone with her." TRUITT responds: "I'd tell her that you've shown me pictures of her pussy. Then I'd tell her how gorgeous it is, and if I could buy her sexy panties so I can take pics of her modeling." He continues to describe wanting to take pictures of "her" vagina and orally copulate it.

c. TRUITT then asks: "You've definitely talked about me? Did you really tell her that her pussy pics were for me?" LOWE responds: "I told her that they were for a modeling agency to see if she was pretty enough to go in the magazine there were more pictures than the ones I showed you. Not just of her Nana half stuff. But you're the owner of the modeling agency." TRUITT asks if LOWE is sure that "he" doesn't look at "her" phone. LOWE says yes and TRUITT responds: "I want her number. I'll download a text app. Then I can act like the agent and tell her that you submitted the pics to me and that I loved them."

d. Later in the morning of September 2, 2018, TRUITT asks LOWE: "You have any face pics of JF? I wanna cum on it for you." He then says, "I've got JF's panties on my face right now. Her pussy and ass smell so good. I'd love to watch her shit too." LOWE then sends TRUITT a clothed picture of JF wearing a lilac t-shirt and polka-dotted vest. He asks "Is that now??" LOWE responds that it is. TRUITT then asks: "Ask her if I can see her spread open in her panties. Or, you know, pussy pics. LOL." LOWE then sends TRUITT one of the pictures in the red-white polka-dotted dress described above. TRUITT responds: "That's an old one. Lol. But I'll take it." LOWE then sends him another picture of a juvenile female's vagina being held open by an adult-hand with half a manicure. Clothes are not visible in this picture and it looks as though the lights are off. He then sends two videos of himself masturbating and asks LOWE to show them to JF.

e. On September 3, 2018, TRUITT texts LOWE: "So you have JF tonight? Or you lying to Randall so you can flake on him?" LOWE responds: "I have JF tonight." She then sends a short video of JF sitting on the floor saying: "Hi it's Sunday at 9:15 and I'm at my mom's."

f. On September 10, 2018, LOWE and TRUITT engage in more fantasy discussions, including urinating on "her". TRUITT then responded: "You like when I talk bad about her huh? You want her to be a whore just like her mom don't you? You want me to show her how to please a man don't you?" He continues, and LOWE responds: "Yes...and then

I want to watch you and your friends violate her." TRUITT then sends LOWE several pictures of a white juvenile female, approximately 8 years of age, wearing pink underwear which she poses with and then is eventually nude from the waist down. This female does not appear to be JF. TRUITT says: "I want her to want it. I want her to ask you to invite me over so we can play."

g. On September 23, 2018, TRUITT sends LOWE a video of himself masturbating while holding a phone screen open to JF's clothed picture in the vest.

17. In a conversation stored under phone number 661-579-7714, also found to be associated with Amber LOWE, your affiant observed the following messages:

a. On February 19, 2019, TRUITT asks the sender: "This is Amber, right?" To which, she responds: "Yes. Who else would it be?"

b. On February 26, 2019, LOWE sends TRUITT a selfie of herself with her fingers in a V-shape by her mouth. He asks for another with her tongue out this time, and she responds by sending another selfie of herself with her tongue out, between the V of her fingers. She is wearing lingerie and has her vagina displayed to the camera. She sends him multiple pictures of her vagina and lingerie. He responds: "I wish she was on top of you. I want to see hers and yours in the same pic."

c. On February 26, 2019, TRUITT texts LOWE: "I want to see her panties in your pussy." LOWE responds by sending multiple photos of herself posing with a pair of what appears to be children's underwear (lavender with white trim in a very small size). One of these photos has the pair of underwear resting on top of her vulva and another has the underwear half inside of her vagina.

d. On March 14, 2019, LOWE advises TRUITT to file his taxes with "Randall" as his dependent, advising that it will give TRUITT a tax break for having two dependents, and will make "Randall" $1500. She says she will send in his tax returns and will advise him when she hears back about them.

e. On July 17, 2019, TRUITT informs LOWE that his phone broke and that he hasn't been able to get a hold of her. He states: "I even called State Farm in hopes that you'd gone back to work and I could get a hold of you." She responds: "I haven't checked my Facebook lately...I'm sure Randall has my number...it's okay. I believe you. That sucks. It's a miracle you reached me...this is my old virtual number."

f. On July 18, 2019, LOWE talks about not wanting to go back to her job at State Farm and how she has a pending lawsuit against them for medical and disability issues.

g. On August 16, 2019, LOWE tells TRUITT that she is picking up JF from school but that she thinks JF will go to her father's house after. She then states: "Well I haven't talked to [JF's father--hereinafter referred to as "Mr. D"] yet but she normally goes to his house today."

18. Based upon the above messages, your affiant believed that the pictures of JF were of a juvenile female in the custody of LOWE, most likely her daughter. Using law enforcement indices, your affiant identified an incident from November 22, 2017 in which an Amber Louise LOWE (DOB:01/11/1978; CADL: B6519652) had called Bakersfield Police Department (BPD) requesting a welfare check on her ex-husband ("Mr. D.") regarding her daughter, JF. The phone number listed in the report is 661-440-9300, which your affiant observed was similar to one of the phone numbers saved in TRUITT's contacts. Upon viewing LOWE's driver's license photograph and comparing it with some of the selfie-style photographs sent to TRUITT in the above conversations, your affiant noticed that both depicted a white female in her 40's that appear to be the same woman. Open-source online searches of "Amber Lowe" and "CPA Bakersfield, CA" yielded a listing on "Tax Prepares in Bakersfield CA", wherein there is a listing for an "Amber L Lowe" at 329 F Street, Bakersfield, CA, with an associated phone number of 661-232-9213.

19. Your affiant requested BPD Officer Louis James to identify the school of JF, and he was able to identify a JF enrolled at Woodrow Wallace Elementary School in Lake Isabella, CA. Her guardians were listed as Mr. D and his wife "Mrs. D". On May 11, 2023, at approximately 1130 hours, your affiant made contact with both Mr. and Mrs. D. Your affiant briefly explained that JF's pictures

might have been recovered from an unrelated individual's devices, and advised that the pictures were likely from 2018. Your affiant showed Mr. and Mrs. D a benign image of JF's face that had been sent to TRUITT. Both stated that this was JF. Neither recognized the specific picture, but agreed that it was of JF. They were then shown a screencapture from the video described above. They also said that it was of JF, but that they didn't recognize the specific video. They were then shown a sanitized image of a juvenile female in a red and white polka dot dress with a butterfly on the front. The child's face is not visible in the picture, and the bottom third had been edited not to show any explicit details. Mr. D said he recognized the dress as being JF's and stated that he recognized it because it was one of the few dresses JF would wear as a child. When shown two selfie-style photographs of the adult female sent to TRUITT, Mr. D recognized them as being of his ex-wife, LOWE.

20. Mr. D said that LOWE had lived in various places over the years, one address being on F Street in Bakersfield, as well as one prior to that, which he and Mrs. D described as being attached to a church on the corner of Baker and Monterey, and across from a school district building. Prior to that, she had lived on an address on Lake Street. When asked if they recognized the backgrounds in any of the pictures, they said that they believed that the non-explicit pictures of JF were taken in the Baker/Monterey church property, based on the height of the windows and the carpet. They believed that the selfie-style photographs of LOWE were taken at the F Street address. When asked if they knew a Roy or Richard TRUITT, Mr.D said that he did know Roy TRUITT. Mr. D stated that they used to play baseball together back in high school and that he had dated TRUITT's sister; however, he did not know that LOWE knew TRUITT, and said that he himself had not had any contact with TRUITT in many years.

21. On May 12, 2023 at 1400 hours, JF was brought to the Jamison Center and had an interview with Forensic Interviewer Elaine Salgado. During the interview, JF was first asked standard preliminary questions to gauge her understanding, and ability to differentiate between truth and lies. When Salgado deemed that JF was able to continue with the interview, she asked JF about her history and home. JF said that she used to live on F Street "on the corner." [NOTE: 329 F Street is on the corner of F Street and Palm Street.] She said that she lived there only with her mother and lived there between

approximately 7 and 12 years of age. JF said that her mother did not bring over any boyfriends, and so it was just her and her mom. She said that she didn't remember the majority of her time living there. She said that she might have "blocked it out" and that when she tried to remember that time, she couldn't. Otherwise, she couldn't think of any incidents that made her feel uncomfortable, or any times when she might have had pictures taken of her. During this point, JF became visibly upset and was crying a little. JF was shown one of the benign face pictures recovered from TRUITT's tablet. She identified it as a picture of herself, probably around the age of 7. She didn't remember taking the picture. When asked if she knew where it was taken, she said it might have been taken while they lived at "Homes of Hope", where her mother had worked and was provided with housing in exchange. JF was then shown the screencapture from the video, which she also identified as herself. She said she didn't remember where it was taken, but thought it might have been part of a slumber party. She was then shown the sanitized picture of the red polkadotted dress, and said it was "probably her" but she couldn't see the face. When asked if she recognized anything in the picture, she said she recognized a pink blanket in the picture as being her pink blanket. She said that she had had it since she was a small child, and that it was currently at her mother's home.

22. On May 15, 2023, at approximately 1240 hours, your affiant and BPD Officer James conducted an interview of Amber LOWE. This interview was video-recorded and LOWE was advised of her Miranda warnings, which she waived. During the interview, LOWE confirmed that she was an accountant and had previously worked for State Farm, but that she had left after an injury lawsuit. She provided her prior addresses as “321 F Street”, as well as 615 Niles (601 Niles Street is the “Homes of Hope” address attached to “Bethany Ministries”, located on Monterey and Baker), and 601 Lake Street (in the welfare check from 2017, LOWE listed her address as 610 Lake Street.) She stated that she had moved into the F Street address in September or October of 2018, and that she had been working for State Farm at the time. LOWE denied having had the phone number 661-232-9213, but stated that she's had many numbers over the years. She stated that her previous number was 661-558-5764. She volunteered that her prior number before that was 661-440-9900. LOWE stated that, while she has T-Mobile currently, her prior numbers were through Metro PCS and were not under contract. Your affiant

then showed LOWE pictures of both TRUITT and STEWART. LOWE stated that she knew both of them, calling TRUITT "Rich" and initially claimed not to know STEWART's name. She said that TRUITT and STEWART had been roommates "on the east side, right off of Niles, starts with a C...maybe Camilla." She later stated that this address was over by the "water plant." [NOTE: This is believed to be the 3000 Caliente Street address, based on geographic context.] She said that TRUITT had moved from that address and stored some items in her garage sometime around August of 2021. LOWE said she met TRUITT in 2015, when he was a waiter at Milt's Diner. LOWE said that she knew TRUITT and Mr.D had known each other in high school and played baseball together. LOWE said that TRUITT was also actually a good friend of Mr. D's other ex-wife, "Veronica", as well. LOWE said she had last talked to TRUITT the Friday before the interview (May 12th, 2023), asking why her name was being linked with his in an investigation. She said, prior to that, she had spoken to him within the last 5 or 6 weeks when she met with him at Tony's Pizza.

23. Initially, LOWE claimed not to have a relationship with him, but then said that she and he had a sexual relationship, but that she didn't bring any of her sexual partners into the house while JF was present. LOWE said that she would see TRUITT off and on over the years, but that they would fight frequently, and she didn't consider him a boyfriend. She said that she would generally go over to his place, and that he only came to her house when JF was present once, around Christmas. LOWE initially claimed that she only met STEWART once, while she was helping TRUITT move. She stated STEWART was a roommate of TRUITT's, who eventually got married and moved out. She then later said she met him one other time, but otherwise denied knowing his name. [NOTE: Later in the interview, however, LOWE would refer to this man as "Randall."] She denied having any sort of sexual relationship with STEWART.

24. Your affiant showed LOWE one of the photos of JF in which JF is clothed and wearing a vest. LOWE immediately identified JF by name and said the photo was taken at the F Street address. LOWE was then shown the still frame from the video. LOWE said she didn't remember the video, but she recognized JF and identified the space as a closet off of the laundry room on F Street. LOWE was

then shown the selfie-style photographs recovered from TRUITT's chats. She said that they were of her, and said that the location was at the F Street address. LOWE was shown the picture of JF wearing the red/white polka-dotted dress. LOWE took a while to answer, and initially stated she recognized the "jammies" but didn't think it was JF's hand. She then said she didn't actually recognize the jammies. She said that "that can't be right." LOWE denied ever taking the pictures or of sending them to TRUITT. LOWE continued to deny having taken any inappropriate pictures of JF or sharing with TRUITT. She did then say: "If I facilitated this in any way then I should be punished." She said that there might have been times when TRUITT might have had access to her phone, but then acknowledged that if the pictures were "sent with words" then that wouldn't apply. LOWE then began to say that she had "the worst taste in men" and "I don't know what's wrong with me". She said that she "said freaky stuff and did freaky stuff" but she "never hurt a child and never hurt JF."

25. Based upon the above facts, your affiant concluded that Roy Richard TRUITT III did possess CSAM on the day of the search warrant (August 11, 2020) on both his iPad and Lenovo laptop. Additionally, he did distribute several files of CSAM to Randall STEWART between January 17, 2019 through at least February 25, 2020 and to Amber LOWE on September 10, 2018. Additionally, he did induce Amber LOWE to distribute CSAM of her daughter, JF, which was produced by LOWE and provided to him on at least the two occasions of August 28, 2018 and September 2, 2018. All of these acts took place within Bakersfield, Kern County, CA.

## III. CONCLUSION

26. Based upon the above facts and information, I submit there is probable cause to believe that defendant **Roy Richard TRUITT** has violated:

27. a. 18 U.S.C. Section 2252(a)(2)-- which makes it a crime for any person to receive or distribute any visual depiction of a minor engaged in sexually explicit conduct if the image traveled in interstate or foreign commerce, or was received or distributed by any means or facility of interstate or foreign commerce;

28. b. 18 U.S.C. Section 2252(a)(4)(B)—which makes it a crime for any person to knowingly possess or access with intent to view any visual depiction of a minor engaged in sexually explicit

conduct if the image traveled in interstate or foreign commerce, or was received or distributed by any means or facility of interstate or foreign commerce;

29. c. 18 U.S.C. Section 2251(a)—which makes it a crime for any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

30. Based upon the above facts and information, I submit there is probable cause to believe that defendant **Amber Louise LOWE** has violated:

31. a. 18 U.S.C. Section 2252(a)(2)-- which makes it a crime for any person to receive or distribute any visual depiction of a minor engaged in sexually explicit conduct if the image traveled in interstate or foreign commerce, or was received or distributed by any means or facility of interstate or foreign commerce;

32. b. 18 U.S.C. Section 2251(a)—which makes it a crime for any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

///

///

///

## IV. REQUEST FOR SEALING

76. I further request that the Court order that all papers in support of this application, including the affidavit and arrest warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, notify confederates, and flee from prosecution.

Respectfully submitted,

Veronica Pike, Special Agent
Homeland Security Investigations

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1, 4(d), and 41(d)(3) this 15th day of June 2023.

The Honorable Stanley A. Boone
UNITED STATES MAGISTRATE JUDGE

Approved as to Form by AUSA:

/s/ Jeffrey A. Spivak 6/14/2023
JEFFREY A. SPIVAK
Assistant United States Attorney